**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CENTER FOR BIOLOGICAL
DIVERSITY,

    Plaintiff,

v.                                          Case No: 8:13-cv-221-T-35EAJ

NATIONAL MARINE FISHERIES
SERVICE and REBECCA BLANK,
Acting Secretary of Commerce,

    Defendants.
_____/

## ORDER

This case is before the Court on the Defendants' Unopposed Motion to Re-designate Pending Case as a Track One Case. (Dkt. 18)

This matter is brought before the Court under the Endangered Species Act. Defendants assert that this matter is governed by the Administrative Procedure Act ("APA") and that they intend to prepare an administrative record for this case. Additionally, Defendant represents that the Plaintiff contends that this matter is not limited to an administrative record because its claim is for an agency action unlawfully withheld or unreasonably delayed. Defendants reserve their right to contest such discovery. However, parties agree that a trial is not necessary; rather, this matter can be resolved through motions for summary judgment. As such the Parties are requesting that this matter be re-designated a Track One case and that they be excused from filing a case management report. Furthermore, parties request that they be allowed to confer by telephone regarding discovery scheduling.

Upon consideration, it is **ORDERED** as follows:

1. Defendants' Unopposed Motion to Re-designate Pending Case as a Track One Case, (Dkt. 18) is **DENIED** without prejudice.

2. The Parties are directed to prepare and file a Case Management Report ("CMR") setting forth agreed upon limited discovery needs; the Parties may confer telephonically for this purpose.

3. To the extent that any portion of the standard CMR is inapplicable, the Parties are to so note on the CMR.

4. Upon review of the CMR, the Court will reconsider the motion for re-designation of this matter as a Track One case.

**DONE and ORDERED** at Tampa, Florida this 9th day of April, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party