IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 8:13-cv-221-T-35EAJ |
| NATIONAL MARINE FISHERIES SERVICE, and PENNY PRITZKER, Secretary of Commerce, | ) |
| Defendants. | ) |

**JOINT STIPULATED STAY**

Plaintiff Center for Biological Diversity and Defendants National Marine Fisheries Service and Penny Pritzker, in her official capacity (collectively "the Parties"), by and through undersigned counsel, have entered an agreement to stay all proceedings in this case until September 13, 2013. The Parties hereby respectfully file this stipulated request for stay, as described and explained below.

1. On January 23, 2013, Plaintiff filed a complaint seeking declaratory and injunctive relief for violations of the Endangered Species Act challenging the inactions of the National Marine Fisheries Service with regard to the development and implementation of a recovery plan for elkhorn and staghorn corals.

2. The parties have met and conferred concerning this case and agree that a brief stay of the case, until September 13, 2013, would be beneficial to allow further discussions that could result in a narrowing or potential resolution of some or all of the issues in this case.

3. The Parties agree that if either party would like to discontinue the stay, they will first meet and confer. If they are unable to agree, either party may seek to discontinue the stay, if warranted for good cause, prior to September 13, 2013.

Based on the foregoing, the Parties stipulate to a stay of this case to and including September 13, 2013.

Date: August 8, 2013                                Respectfully submitted,


  /s/ Mark Arthur Brown
MARK ARTHUR BROWN (FL Bar 999504)
Senior Trial Attorney
mark.brown@usdoj.gov
IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7369
Telephone: (202) 305-0204
Facsimile: (202) 305-0275


ROBERT E. O'NEILL
United States Attorney
MICHAEL KENNETH
Assistant United States Attorney
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198

Counsel for Federal Defendants

  /s/Jaclyn Lopez
JACLYN LOPEZ (FL Bar 96445)
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Fax: (415) 436-9683
jlopez@biologicaldiversity.org

MIYOKO SAKASHITA (*Pro hac vice*)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682
Fax: (415) 436-9683
miyoko@biologicaldiversity.org

Counsel for Center for Biological Diversity